# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLEY L. DOOLEY, JR.,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>FRANK DONZANTI,<br><br>　　　　　Defendant. | Case No. CV 10-8810-RGK (DTB)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

　　IT THEREFORE IS ORDERED that Judgment be entered granting the Motion to Dismiss, dismissing the Second Amended Complaint and summarily dismissing this action without prejudice but without further leave to amend.

Dated: 01.12.2012

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE