JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLEY L. DOOLEY, JR., <br>            Plaintiff, <br> vs. <br> FRANK DONZANTI, <br>            Defendant. | Case No. CV 10-8810-RGK (DTB) <br><br> **JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice but without further leave to amend.

Dated: 01.12.2012

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE